IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:16-cv-00274-FL

| | |
|---|---|
| BRUCE E. WHITFORD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PCS PHOSPHATE COMPANY, INC., | ) |
| POTASH CORPORATION OF | ) |
| SASKATCHEWAN, INC., and | ) |
| PCS ADMINISTRATION (USA), INC., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff BRUCE E. WHITFORD and Defendants PCS PHOSPHATE COMPANY, INC., POTASH CORPORATION OF SASKATCHEWAN, INC., and PCS ADMINISTRATION (USA), INC. have filed a Joint Motion for Court-Hosted Settlement Conference and Extension of Time for Defendants to Answer or Otherwise Respond to Plaintiff's Complaint.

The Court hereby grants the parties' motion and refers this action to Magistrate Judge James E. Gates for a Court-Hosted Settlement Conference to take place on a date to be scheduled by agreement of the parties and Magistrate Judge Gates. In the event the parties do not reach an agreement to settle the action at the settlement conference, Defendants shall file a responsive pleading within fourteen (14) days of the conference.

DONE and ORDERED this 27th day of February, 2017.

*Louise W. Flanagan*
Louise W. Flanagan
United States District Judge